No. 74–1426. ALABAMA *v.* PRINCE. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 74–1493. LOVE ET AL. *v.* DADE COUNTY SCHOOL BOARD ET AL. C. A. 5th Cir. Motion to strike portions of respondents' brief and certiorari denied.

No. 74–1505. SIELAFF, CORRECTIONS DIRECTOR *v.* WILLIAMS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–1552. HARDER, COMMISSIONER, CONNECTICUT STATE WELFARE DEPARTMENT *v.* JOHNSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–1624. NEW YORK *v.* DAVIS. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–1510. CHANDLER, U. S. DISTRICT JUDGE *v.* BURKETT ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 74–1555. KAISER INDUSTRIES CORP. ET AL. *v.* JONES & LAUGHLIN STEEL CORP. C. A. 3d Cir. Motion of American Patent Law Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.